UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Stephen Ray Westberry, | ) | C/A No. 0:07-3978-RBH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| E. Richard Bazzle, Warden, | ) | **O R D E R** |
| Respondent. | ) | |
| | ) | |

This matter was remanded to the Court for the limited purpose of permitting the Court to supplement the record with an Order granting or denying a certificate of appealability. Having reviewed the matter, this Court finds that the Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)(2006).

Based on the foregoing, it is therefore **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

                                              s/ R. Bryan Harwell
                                              R. Bryan Harwell
                                              United States District Judge

Florence, South Carolina
July 14, 2010